**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1829

SHIRLEY PHULL,

Plaintiff - Appellant,

versus

INTERSTATE MANAGEMENT COMPANY, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-04-1536-1)

Submitted: February 28, 2006          Decided: March 23, 2006

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elaine C. Bredehoft, Peter C. Cohen, CHARLSON, BREDEHOFT & COHEN, P.C., Reston, Virginia, for Appellant. Michael A. Viccora, Susan Jeanblanc Cohen, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shirley Phull appeals the district court's order denying relief on her civil action alleging claims of employment discrimination under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Phull v. Interstate Mgmt. Co., No. CA-04-1536-1 (E.D. Va. July 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED